## MOTION DOCKET

**92–1878.** State ex rel. Pratt v. Cartolano. *Hamilton County,* No. C–920464. On motion for peremptory writ and motion for default judgment. Motions denied.

Moyer, C.J., and Wright, J., dissent and would dismiss the cause.